IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATCHITOCHES PARISH HOSPITAL SERVICE DISTRICT, on behalf of itself and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Misc. Case No. 06-169 |
| v. | ) ) | (U.S.D.C. D.Mass. 05-12024 PBS) |
| TYCO INTERNATIONAL, LTD.; TYCO INTERNATIONAL (U.S.), INC.; TYCO HEALTHCARE GROUP, LP; THE KENDALL HEALTHCARE PRODUCTS COMPANY, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael F. Holley, Esquire, of The Lanier Law Firm, PC, 6810 FM 1960 West, Houston, TX 77609 to represent non-party Daniels Sharpsmart, Inc. in this matter.

_____
Jeffrey S. Goddess, Movant (#630)
Rosenthal, Monhait & Goddess, P.A.
P. O. Box 1070
Wilmington, DE  19899
(302) 656-4433
jgoddess@rmgglaw.com
 Attorney for Non-Party Daniels
 Sharpsmart, Inc.

IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATCHITOCHES PARISH HOSPITAL SERVICE DISTRICT, on behalf of itself and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>TYCO INTERNATIONAL, LTD.;<br>TYCO INTERNATIONAL (U.S.), INC.;<br>TYCO HEALTHCARE GROUP, LP;<br>THE KENDALL HEALTHCARE<br>PRODUCTS COMPANY,<br><br>        Defendants. | Misc. C.A. No.<br><br>(U.S.D.C. D.Mass. 05-12024 PBS) |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 5 Sep 06

                                            *Michael R. Holley*
                                            Michael R. Holley
                                            The Lanier Law Firm, PC
                                            6810 FM 1960 West
                                            Houston, TX 77609
                                            (281) 866-6896

## IN THE UNITED STATED DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATCHITOCHES PARISH HOSPITAL SERVICE DISTRICT, on behalf of itself and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Misc. C.A. No. |
| v. | ) ) | (U.S.D.C. D.Mass. 05-12024 PBS) |
| TYCO INTERNATIONAL, LTD.; TYCO INTERNATIONAL (U.S.), INC.; TYCO HEALTHCARE GROUP, LP; THE KENDALL HEALTHCARE PRODUCTS COMPANY, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* of Michael R. Holley is granted.

Date: _____

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Jeffrey S. Goddess, do hereby certify, that on September 7, 2006 I caused two copies of the foregoing document to be served upon the below individual(s) in the manner indicated:

**Via First Class Mail/ E-Mail**

Margaret I. Branick-Abilla, Esquire
Cooley Godward LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

_____
JEFFREY S. GODDESS (Bar I.D. No. 630)
(302) 656-4433
jgoddess@rmgglaw.com