**ROSENTHAL, MONHAIT & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

September 20, 2006

**VIA ELECTRONIC FILING/HAND DELIVERY**

The Hon. Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

    RE: **Natchitoches Parish Hospital v. Tyco International, et al.;**
          **D.Del., C.A. No. 06-169 JJF**

Dear Judge Farnan:

    This miscellaneous matter pertains to a third-party subpoena that was issued out of this Court. On behalf of the subpoenaed entity, non-party Daniels Sharpsmart, I filed a motion to quash that subpoena.

    I am pleased to advise that the entities involved (i.e., the subpoenaing party and my client, the subpoenaed entity), have worked out their differences, and have memorialized their agreement in writing, in terms of what will be produced and under what schedule.

    As a consequence, I write to withdraw our motion to quash which initiated this matter.

    Lastly, I had filed a pro hac motion for my out-of-town colleague, Mr. Holley, who would have handled this matter had it gone further. Of course that can be withdrawn, too.

                                                        Respectfully yours,

                                                         Jeffrey S. Goddess (Del. Bar No. 630)

JSG/cmw
   cc: Margaret I. Branick-Abilla, Esquire
         Michael R. Holley, Esquire